# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-19-00644-CV

---

**Frederick-Omoyuma Silver, Appellant**

**v.**

**State of Texas, City of San Antonio, and the City of San Antonio Municipal Court, Appellees**

---

### FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-19-002577
### THE HONORABLE TODD A. BLOMERTH, JUDGE PRESIDING

---

### M E M O R A N D U M   O P I N I O N

Frederick-Omoyuma Silver, acting pro se, filed a notice of appeal from the trial court's interlocutory order declaring him a vexatious litigant and requiring him to furnish security. On October 28, 2019, the Clerk of this Court advised appellant that it appears that this Court lacks jurisdiction over this matter and requested that he file a response by November 7, 2019, explaining how this Court may exercise jurisdiction over this appeal.

Appellant filed a response on November 5, 2019, but his response fails to explain how this Court has jurisdiction over this appeal. "It is well-established that no statute authorizes an interlocutory appeal from an order declaring a person to be a vexatious litigant and requiring the person to post security." *Nunu v. Risk*, 567 S.W.3d 462, 466 (Tex. App.—Houston [14th Dist.] 2019, pet. denied); *see id.* at 466–67 (collecting cases and explaining that there is no right

to interlocutory appeal from order requiring person who is declared vexatious litigant to post bond but that there is from order prohibiting person from filing new litigation). Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Kelly

Dismissed for Want of Jurisdiction

Filed: November 20, 2019